958

No. 733. POLICE PENSION AND RELIEF BOARD ET AL. *v.* BEHNKE ET AL. Supreme Court of Colorado. Certiorari denied. *John C. Banks* and *Horace N. Hawkins, Jr.* for petitioners. *E. F. Conly* for respondents.

No. 735. FITZGERALD *v.* CASSIDY. C. A. 4th Cir. Certiorari denied. *Albert J. Ahern, Jr.* and *James J. Laughlin* for petitioner. *John R. Willett* for respondent.

No. 736. TRUCK DRIVERS AND HELPERS LOCAL UNION 728 (FORMERLY LOCAL UNION 859), INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL–CIO, *v.* NATIONAL LABOR RELATIONS BOARD. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Herbert S. Thatcher, David Previant* and *Edwin Pearce* for petitioner. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott, Dominick L. Manoli* and *William J. Avrutis* for respondent.

No. 741. MURPHY, DIRECTOR OF ALCOHOLIC BEVERAGE CONTROL, ET AL. *v.* LOVE, DOING BUSINESS AS THE LOVE TRANSFER Co. C. A. 10th Cir. Certiorari denied. *John Anderson, Jr.,* Attorney General of Kansas, for petitioners. *Homer Davis* for respondent.

No. 773. VARGAS ET AL. *v.* A. H. BULL STEAMSHIP Co. ET AL. Supreme Court of New Jersey. Certiorari denied. *Samuel M. Cole* for petitioners. *Conover English* and *Nicholas Conover English* for respondents.